In the Matter of READER MAIL, INC., Appellant, against SOL FISHKO, as President of Paper Workers & Distributing Trades Union, Local 447 of International Printing Pressmen and Assistants' Union of North America, A. F. of L., Respondent.— ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CATHERINE J. BANNIN v. CHARLES PECK.— ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LIBERTY MUTUAL INSURANCE COMPANY v. J. J. FISHER COMPANY, INC.— ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ST. LOUIS UNION TRUST COMPANY, as Trustee under the Will of CHARLES STOFFREGEN, Deceased, v. CARL H. STOFFREGEN et al.— ▇▇▇▇▇▇▇ Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EFFE K. D. HOFFMAN v. VALENTIN R. GARFIAS et al., Impleaded with STANDARD OIL COMPANY (NEW JERSEY) et al.— ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

ANGELO BISESTO v. EXSILIA VIZZO, Individually and as Executrix of RAFFAELA BISESTO, Deceased.— ▇▇▇▇▇▇▇▇▇▇▇▇▇ Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LOUIS NIZER v. LEONARD WARENOFF.— ▇▇▇▇▇▇▇▇▇▇▇▇ Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of NICHOLAS T. ROGERS, as Administrator of the Estate of BRUNO BURN, Deceased, v. ALBERT F. COYLE.— ▇▇▇▇▇▇▇▇ Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ELIZABETH C. STONBOROUGH v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK.— ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.